


171 17th Street NW
Suite 2100
Atlanta, GA 30363
Direct Phone: 404.873.8164
Direct Fax: 404.873.8165
Email: megan.mitchell@agg.com

July 3, 2023

**VIA ECF**

Hon. Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Phone: (212) 805-0224

**Re:** ***SpringPath, Inc. v. Coforge, Inc.*, Civil Action No. 1:23-cv-03059-PGG (S.D.N.Y.)**

Dear Judge Gardephe:

This firm represents Coforge, Inc. ("Coforge") in the above-referenced civil action. In accordance with Your Honor's Individual Rules of Practice, Rule I(E) and Rule I(A), Coforge and Plaintiff SpringPath, Inc. ("SpringPath") request that the Court adjourn the initial pretrial conference in this matter, which is currently scheduled for July 13, 2023. (*See* Doc. 7.)

As support for this request, the parties note that, following Coforge's timely removal of this action, the parties engaged in discussions aimed at an early resolution of the dispute. Although those discussions are ongoing, on June 16, 2023, Coforge requested a pre-motion conference in accordance with the Court's Individual Rules of Practice, Rule IV.A., as it intends to seek dismissal of SpringPath's claims. (*See* Doc. 13.) In response, SpringPath requested leave to file an amended complaint. (*See* Doc. 14.)

Because the Court has not yet ruled on the parties' pre-motion correspondence, and because Coforge has not yet responded to the initial Complaint, the parties believe that the currently scheduled initial pretrial conference in this matter may be premature. Accordingly, the parties request an adjournment of the initial pretrial conference from





July 13, 2023 to a date after Coforge has responded to the initial or amended complaint, if one is filed. Both parties are presently available to adjourn the initial pretrial conference to August 24, 2023 or September 7, 2023.

In the alternative, should the initial pretrial conference remain as scheduled on July 13, 2023, Coforge respectfully requests that the conference be held telephonically, as Coforge's lead counsel resides outside the state of New York. SpringPath consents to this request.

If Your Honor has any questions, please do not hesitate to have your chambers contact us.

Sincerely,

ARNALL GOLDEN GREGORY LLP

Megan P. Mitchell

cc: Counsel for the parties via ECF filing

**MEMO ENDORSED:** Plaintiff will file any amended complaint by July 12, 2023. Defendant's response to the amended complaint is due by July 19, 2023. The conference scheduled for July 13, 2023 is adjourned to August 24, 2023 at 11:00 a.m. The Clerk of Court is directed to terminate the motion (Dkt. No. 13).

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: July 6, 2023